C-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-10-81235  C-13D |
| Joel E. Woods | ) | |
| Janie M. Johnson | ) | |
| | ) | |
| Debtor | ) | |

## **ORDER**

      This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtors, to amend Claim No. 2 in favor of EverHome Mortgage Co., and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 11, 2011, by the Clerk of Court setting April 11, 2011, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is

      ORDERED that EverHome Mortgage Co. shall be paid at the rate of $1,231.99 per month effective May, 2011.

**PARTIES IN INTEREST**
**Page 1 of 1**
**10-81235 C-13D**

Joel E. Woods
Janie M. Johnson
2715 Independence Ave.
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

EverHome Mortgage Co.
8100 Nations Way
Jacksonville, FL  32256