7-22-11

To: Chapter 13 Office
302 E. Pettigrew St. Bldg. B
Suite 140
P.O. Box 3613
Durham, N.C. 27702

From: Joel Woods
Janie Johnson
2715 Independence Ave.
Durham, N.C. 27703

Case No. B-10-81235C-13D

Request for Volunteer
Dismissal of Bankruptcy
Case.

Janie Johnson

RECEIVED

JUL 25 2011

RICHARD M. HUTSON, II
CHAPTER 13 STANDING TRUSTEE
DURHAM, NC